# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DANIEL CHAVEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFERY BILLET,<br><br>　　　　Respondent. | Case No. 1:24-cv-01501-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

Petitioner is a civil detainee proceeding pro se with a petition for writ of habeas corpus. On December 2, 2024, Petitioner filed the instant motion to proceed in forma pauperis. (ECF No. 2.) Title 28, United States Code, § 1915(a)(1) permits a plaintiff to bring a civil action "without prepayment of fees or security thereof" if the plaintiff submits a financial affidavit that demonstrates the plaintiff "is unable to pay such fees or give security therefor." Upon review of Petitioner's application, the Court finds that Petitioner is unable to pre-pay the full amount of fees and costs for these proceedings or give security therefor.

Accordingly, Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

IT IS SO ORDERED.

Dated:　**December 11, 2024**

　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge